UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:18-cv-03227-MSK-SKC

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| Plaintiff, | : |
| vs. | : |
| NORTH STAR FOODS, LLC, a Colorado limited liability company; and | : |
| Defendant. | : |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant by and through their respective counsel, hereby stipulate to the dismissal of this action against Defendant with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as the parties have entered into a Settlement.

DATE:  February 4, 2019

Respectfully submitted,

*s/Robert J. Vincze* _
Robert J. Vincze (KS # 14101)
Law Offices of Robert J. Vincze
PO Box 792; Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net
*Attorney for Plaintiff Fred Nekouee*

and

*s/Bradley T. Adler*
Bradley T. Adler
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 303339-5948
*Attorneys for Defendant North Star Foods, LLC*